CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 07 2012

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JACORI ANDRÉ CARTER, | ) | CASE NO. 7:12CV00008 |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| vs. | ) | |
| D. FARMER, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that defendants' motion for summary judgment (DE 29) is **GRANTED**, and this action is stricken from the active docket of the court.

ENTER: This 7th day of September, 2012.

/s/ Glen E. Conrad
Chief United States District Judge